JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GEICO GENERAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> SHANNON MARIE WORLEY, <br><br> Defendant. | Case No.: CV23-10136-MWF(JCx) <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL** |

Upon review of the parties' stipulation of dismissal, it is hereby ORDERED that the above-captioned action be dismissed with prejudice. Each party shall bear their own costs and attorney fees. All pending motions are denied as moot. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  April 8, 2024

MICHAEL W. FITZGERALD
United States District Judge

1